DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STATE OF FLORIDA,**
Appellant,

v.

**KEVON TROTMAN,**
Appellee.

No. 4D15-564

[February 17, 2016]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Robert Diaz, Judge; L.T. Case No. 14-16363MM10A.

Pamela Jo Bondi, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, for appellant.

No brief filed for appellee.

PER CURIAM.

We reverse the county court's order finding the mandatory $5,000 civil penalty imposed for solicitation of prostitution under section 796.07(6), Florida Statutes (2014), to be unconstitutionally excessive. *See State v. Vachon*, 4D15-424, 2016 WL 65080 (Fla. 4th DCA Jan. 6, 2016); *State v. Jones*, No. 4D14-3019, 2015 WL 7752702 (Fla. 4th DCA Dec. 2, 2015).

CIKLIN, C.J., GERBER, J., and JOHNSON, LAURA, Associate Judge, concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*